IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS MALLETT, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-21-2644 |
| | § | |
| GERALD GOINES and | § | |
| TROY GAMBLE | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On November 22, 2021 this court entered a memorandum opinion and order that granted dismissal and gave the plaintiff the right to amend his complaint by December 10, 2021. As of this date no amended complaint has been filed and there has been no activity in the case. The case is dismissed for want of prosecution.

SIGNED on September 28, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge